No. 926. J. B. CLEMENTS ET AL., PETITIONERS, *v.* GEORGE P. NORTHROP ET AL., EXECUTORS. January 27, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Alexander Akerman* for the petitioners. *Mr. Arthur H. Codington* for the respondents.

---

No. 927. M. P. HALL ET AL., PETITIONERS, *v.* W. A. HUFF ET AL. January 27, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Alexander Akerman* for the petitioners. *Mr. Dupont Guerry* and *Mr. Thos. S. Felder* for the respondents.

---

No. 905. FIREBALL GAS TANK & ILLUMINATING COMPANY ET AL., PETITIONERS, *v.* COMMERCIAL ACETYLENE COMPANY ET AL. February 3, 1913. Petition for writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Hugh K. Wagner* for the petitioners. No appearance for respondents.

---

No. 935. A. D. HOWE MACHINE COMPANY, PETITIONER, *v.* COFFIELD MOTOR WASHER COMPANY. February 3, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Conrad H. Syme* for the petitioner. *Mr. R. J. McCarty* for the respondent.